Steven P. Krafchick
Washington State Bar No. 13542
Pro Hac Vice
KRAFCHICK LAW FIRM
100 W. Harrison
South Tower, Suite 300
Seattle, WA 98119
(206) 374-7370 (Telephone)
(206) 374-7377 (Facsimile)
klf@krafchick.com

Mr. Abraham N. Goldman
California State Bar No. 102080
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
P.O. Box 120
12896 Rices Crossing Rd.
Oregon House, CA 95962
(530) 692-2267 (Telephone)
(530) 692-2543 (Fax)
agoldman@succeed.net

Attorneys for Plaintiff TAMARA KNOPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA KNOPP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and NOVARTIS VACCINES AND DIAGNOSTIC, INC. INSURANCE PLAN,<br><br>　　　　　Defendants. | Case No. CV-09-0452 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff TAMARA KNOPP and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and NOVARTIS VACCINES AND DIAGNOSTIC, INC. INSURANCE PLAN, through their respective counsel, hereby stipulate and agree that the Initial Case Management Conference, currently scheduled for May 13, 2009, shall be continued to Wednesday, June 17, 2009, at 10:30 AM.

STIPULATION TO CONTINUE THE
INITIAL CASE MANAGEMENT
CONFERENCE

KRAFCHICK LAW FIRM
100 W. Harrison St, S. Tower, #300
Seattle, WA 98119
Case No. CV-09-0452 JL

1  Plaintiff's lead counsel is Steven P. Krafchick and he is most familiar with the case and is
2  needed at the conference. He is not currently available on May 13, 2009, and the parties have
3  conferred and are available on Wednesday, June 17, 2009, at 10:30 AM.

4  In addition, Plaintiff's counsel, Steven P. Krafchick, requests permission from the Court to
5  appear for this conference telephonically.

6  The parties request that the other case deadlines be continued accordingly.

Dated: April 27, 2009

/s/ Steven P. Krafchick
STEVEN P. KRAFCHICK
KRAFCHICK LAW FIRM

/s/ Abraham N. Goldman
ABRAHAM N. GOLDMAN
California State Bar No. 102080
ABRAHAM N. GOLDMAN &
ASSOCIATES, LTD

Attorneys for Plaintiff
TAMARA KNOPP

Dated: April 27, 2009

/s/ Nancy L. Ober
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NOVARTIS VACCINES AND
DIAGNOSTIC, INC. INSURANCE PLAN

Dated: April 27, 2009

/s/ Sean P. Nalty
SEAN P. NALTY
WILSON ELSER
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH
AMERICA

STIPULATION TO CONTINUE THE
INITIAL CASE MANAGEMENT
CONFERENCE

2.

KRAFCHICK LAW FIRM
100 W. Harrison St, S. Tower, #300
Seattle, WA 98119
Case No. CV-09-0452 JL

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |

Pursuant to the Stipulation above, the Initial Case Management Conference for the above captioned matter is hereby:

Continued to Wednesday, June 17, 2009, in Courtroom F, 15th Floor, San Francisco at 10:30 AM;

The clerk shall issue a new Order Setting Initial Case Management Conference and ADR Deadlines accordingly;

Plaintiff's counsel, Steven P. Krafchick, has Court permission to appear for the Initial Case Management Conference telephonically.

IT IS SO ORDERED.

Dated: April 28, 2009

_____
THE HONORABLE JAMES LARSON