Click Here & Upgrade
Expanded Features
Unlimited Pages
PDF Complete

| | |
|---|---|
| 1 | Steven P. Krafchick |
| | Washington State Bar No. 13542 |
| 2 | Pro Hac Vice |
| | KRAFCHICK LAW FIRM |
| 3 | 100 W. Harrison |
| | South Tower, Suite 300 |
| 4 | Seattle, WA 98119 |
| | (206) 374-7370 (Telephone) |
| 5 | (206) 374-7377 (Facsimile) |
| | klf@krafchick.com |
| 6 | |
| 7 | Mr. Abraham N. Goldman |
| | California State Bar No. 102080 |
| | ABRAHAM N. GOLDMAN & ASSOCIATES, LTD |
| 8 | P.O. Box 120 |
| | 12896 Rices Crossing Rd. |
| 9 | Oregon House, CA 95962 |
| | (530) 692-2267 (Telephone) |
| 10 | (530) 692-2543 (Fax) |
| | agoldman@succeed.net |
| 11 | |
| 12 | Attorneys for Plaintiff TAMARA KNOPP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA KNOPP, | Case No. CV-09-0452 CB |
| Plaintiff, | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY** |
| v. | **Date**: July 10, 2009 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and NOVARTIS VACCINES AND DIAGNOSTIC, INC. INSURANCE PLAN, | **Time**: 9:00 a.m. |
| | **Dept**: Courtroom 8, 19th Floor |
| | **Judge**: The Honorable Charles R. Breyer |
| Defendants. | |

    Plaintiff respectfully requests this Court for leave to appear via telephone at the Initial Case Management Conference, which is currently set for Friday, July 10, 2009 at 8:30 a.m.

    Plaintiff's lead counsel is Steven P. Krafchick and he is most familiar with the case. He currently has a trial scheduled to start July 13, 2009 in U.S. District Court, Western District of Washington, in Seattle, in front of The Honorable Ricardo S. Martinez. Trial briefs, pre-trial order,

PLTF'S REQUEST TO APPEAR TELEPHONICALLY
CASE NO. CV-09-0452 CB

Page 1 of 3

KRAFCHICK LAW FIRM
100 W. Harrison St, S. Tower, #300
Seattle, WA 98119



1 | etc., are due by midnight, July 9, 2009.

2 |     Plaintiff's lead counsel, Steven P. Krafchick, also has a 9th Circuit reply brief due on
3 | Monday, July 13, 2009.

4 |     In order to better prepare for trial on July 13, 2009 and prepare in final a 9th Circuit reply
5 | brief, due on July 13, 2009, plaintiff's counsel would like to avoid traveling to and from San
6 | Francisco and appear telephonically on July 10, 2009. Plaintiff's lead counsel, Steven P. Krafchick,
7 | is a sole practitioner.

8 |     Defendants' attorneys, Sean Nalty and Nancy Ober have no objection to this request or to
9 | Mr. Krafchick's telephonic appearance at the Initial Case Management Conference.

10
11 | Dated: June 29, 2009

12
13 |     /s/ Steven P. Krafchick
    STEVEN P. KRAFCHICK
    KRAFCHICK LAW FIRM

14 |     Attorneys for Plaintiff
15 |     TAMARA KNOPP

16
17
18 | Signed: July 2, 2009

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28 | PLTF'S REQUEST TO APPEAR TELEPHONICALLY     Page 2 of 3     KRAFCHICK LAW FIRM
CASE NO. CV-09-0452 CB     100 W. Harrison St, S. Tower, #300
Seattle, WA 98119