| | |
|---|---|
| 1 | Steven P. Krafchick |
| | Washington State Bar No. 13542 |
| 2 | Pro Hac Vice |
| | KRAFCHICK LAW FIRM |
| 3 | 100 W. Harrison |
| | South Tower, Suite 300 |
| 4 | Seattle, WA 98119 |
| | (206) 374-7370 (Telephone) |
| 5 | (206) 374-7377 (Facsimile) |
| | klf@krafchick.com |
| 6 | |
| 7 | Mr. Abraham N. Goldman |
| | California State Bar No. 102080 |
| | ABRAHAM N. GOLDMAN & ASSOCIATES, LTD |
| 8 | P.O. Box 120 |
| | 12896 Rices Crossing Rd. |
| 9 | Oregon House, CA 95962 |
| | (530) 692-2267 (Telephone) |
| 10 | (530) 692-2543 (Fax) |
| | agoldman@succeed.net |

Attorneys for Plaintiff TAMARA KNOPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA KNOPP,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and NOVARTIS VACCINES AND DIAGNOSTIC, INC. INSURANCE PLAN,<br><br>  Defendants. | Case No. CV-09-0452 CRB (EMC)<br><br>**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY** ; ORDER<br><br>**Date**: December 23, 2009<br>**Time**: 10:30 a.m.<br>**Dept**: Courtroom C, 15th Floor<br>**Judge**: The Honorable Edward M. Chen |

Plaintiff respectfully requests this Court for leave to appear telephonically at the following motions currently set for oral argument and consideration on Wednesday, December 23, 2009 at 10:30 a.m.

> ➢ Plaintiff's Motion to Compel Defendant Life Insurance Company of America to Answer Plaintiff's First Set of Interrogatories with Objections Waived
> ➢ Plaintiff's Motion to Compel Defendant Life Insurance Company of America to

| | |
|---|---|
| 1 | Fully Respond to Plaintiff's First Set of Requests for Production |
| 2 | Plaintiff's lead counsel, Steven P. Krafchick, is associated with local counsel, Abraham |
| 3 | Goldman. Mr. Goldman is unavailable to argue the December 23 motions. Mr. Krafchick is a sole |
| 4 | practitioner in Seattle, WA with a very busy calendar. Additionally, his wife recently underwent |
| 5 | foot surgery. For the next two (2) to three (3) weeks following her surgery, Mr. Krafchick will be |
| 6 | the main caretaker for his wife and their 14 year old daughter. Given these facts, Plaintiff |
| 7 | respectfully requests that Mr. Krafchick be allowed to appear telephonically at the December 23, |
| 8 | 2009 10:30 a.m. hearing. |
| 9 | Sheena Jain, attorney for Life Insurance Company of America, and Nancy Ober, attorney for |
| 10 | Novartis Vaccines and Diagnostic, Inc. Insurance, have no objection to this request. |
| 11 | If it is Your Honor wishes for counsel to appear personally at the motion, Plaintiff asks the |
| 12 | Court to reschedule the December 23 hearing and move it to January 15, 2010 or a date anytime |
| 13 | thereafter that works for the Court and the parties. |

Dated: December 16, 2009

/s/ Steven P. Krafchick
STEVEN P. KRAFCHICK
KRAFCHICK LAW FIRM

Attorneys for Plaintiff
TAMARA KNOPP

IT IS SO ORDERED that Plaintiff's counsel Steven Krafchick is allowed to appear by telephone on 12/23/09 at 10:30 a.m. Court will initiate conference call between 10:30 a.m. and 12:00 p.m.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties herein.

           KRAFCHICK LAW FIRM


           */s/ Kimberly A. Cutting*
           Kimberly A. Cutting
           Paralegal to Steven P. Krafchick