SEAN P. NALTY (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA KNOPP, <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, and NOVARTIS VACCINES AND DIAGNOSTIC, INC. INSURANCE PLAN, <br><br> Defendants. | Case No.:   CV09-00452 CRB <br><br> **STIPULATION OF THE PARTIES RE: CONTINUE THE PRE-TRIAL CONFERENCE AND TRIAL IN THIS MATTER DUE TO ONGOING SETTLEMENT DISCUSSIONS** <br><br> Location    :   San Francisco <br> Courtroom  :   8 <br> Floor         :   19th Floor |

I.  **INTRODUCTION**

Plaintiff Tamara Knopp ("Plaintiff") and defendants Life Insurance Company of North America and Novartis Vaccines and Diagnostic Inc. Insurance Plan ("Defendants") (collectively "the Parties") hereby request and stipulate to a continuance of the pretrial conference and trial in this matter for the following reasons:

This matter is governed by the Employee Retirement Income Security Act. The pre-trial conference in this matter is scheduled for February 16, 2010 and an ERISA court bench trial is set

1

for February 22, 2010. This matter involves a complex disability claim with an extensive administrative record.

The Parties have been working hard to try to settle this matter. Recently, the parties have reached a potential agreement on the financial compensation. The terms of the settlement agreement and financial compensation remain in negotiation. However, because of the complexity of this matter, there are additional factors that must be agreed upon that could take a least several weeks and involve third parties. The Parties have worked hard toward settlement and need additional time to try to complete the settlement without having to invest time and resources in preparing for trial and trial in this matter.

According, Plaintiff through her counsel of record Steven P. Krafchick, and Defendants through their attorney of record Sean P. Nalty, hereby stipulate, and hereby respectfully request that the Court continue the pretrial conference and trial in this matter 35 days to allow the Parties to try to finalize the settlement in this matter. The Parties will not request any additional continuances.

It is so stipulated.

Date: February 1, 2010      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: /s/ Sean P. Nalty
    SEAN P. NALTY
    Attorneys for Defendant
    LIFE INSURANCE COMPANY OF
    NORTH AMERICA

Date: February 1, 2010      KRAFCHICK LAW FIRM


By: /s/ Steven P. Krafchick
    STEVEN P. KRAFCHICK
    KRAFCHICK LAW FIRM
    Attorneys for Plaintiff
    TAMARA KNOPP

**ORDER**

Based on the stipulation of the parties, and Good Cause therefore, the Court hereby continues the February 16, 2010 pretrial conference in this matter and the February 22, 2010 trial date for 35 days. The pretrial conference is now set for March 23, 2010 @ 2:30 p.m The trial is set for  March 29, 2010 @ 8:30 a.m.  .

IT IS SO ORDERED.

Date: February 2, 2010      By:_____
                               HONORABLE CHARLES R. BREYER
                               United States District Judge



STIPULATION OF THE PARTIES RE: CONTINUE PRE-TRIAL CONFERENCE AND TRIAL
USDC NDCA Case #CV09-00452 CRB
511385.1