1  Steven P. Krafchick
   Washington State Bar No. 13542
2  Pro Hac Vice
   KRAFCHICK LAW FIRM
3  100 W. Harrison, South Tower, Suite 300
   Seattle, WA 98119
4  (206) 374-7370 (Telephone)
   (206) 374-7377 (Facsimile)
5  klf@krafchick.com

6  Mr. Abraham N. Goldman
   California State Bar No. 102080
7  ABRAHAM N. GOLDMAN & ASSOCIATES, LTD
   P.O. Box 120 / 12896 Rices Crossing Road
8  Oregon House, CA  95962
   (530) 692-2267 (Telephone)
9  (530) 692-2543 (Fax)
   agoldman@succeed.net

Attorneys for Plaintiff TAMARA KNOPP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA KNOPP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and NOVARTIS VACCINES AND DIAGNOSTIC, INC. INSURANCE PLAN,<br><br>　　　　Defendants. | Case No.  CV-09-0452 CB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE TRIAL AND THE PRETRIAL CONFERENCE IN THIS MATTER**<br><br>HON:  CHARLES BREYER<br><br>TRIAL DATE: MARCH 29, 2010<br><br>PRE-TRIAL: MARCH 22, 2010 |

STIPULATION AND PROPOSED ORDER
CONTINUING THE TRIAL

KRAFCHICK LAW FIRM
100 W. Harrison St, S. Tower, #300
Seattle, WA  98119
Case No. CV-09-0452 JL

Plaintiff TAMARA KNOPP and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and NOVARTIS VACCINES AND DIAGNOSTIC, INC. INSURANCE PLAN (collectively "the Parties"), through their respective counsel, hereby request and stipulate to a continuance of the pretrial conference and trial in this matter, currently set for March 23, 2010, March 29, 2010, respectively, for the following reasons:

This matter involves a bench trial under the Employee Retirement Income Security Act of 1974 ("ERISA"). This matter currently is set for a bench trial on March 29, 2010 with a pretrial conference set for March 22, 2010.

Settlement negotiations have been on-going since February 1, 2010. Significant progress has been made toward settlement with concessions by all Parties, but the Parties have not been able to come to a complete agreement as of March 5, 2010. Negotiations continue and slightly more time will benefit the negotiations.

The parties request a telephone settlement conference with the Magistrate assigned to this matter on a date as soon as reasonably possible that works for all parties and counsel.

In addition, additional time is needed to complete court ordered discovery in the event this matter does not settle.

Finally, the current trial date of March 29, 2010 is the start of the Passover holiday making it both highly inconvenient and prohibitive for both Steven Krafchick and Abraham Goldman, Plaintiff's counsel. Defendants' counsel, Sean Nalty, has no objection to moving the trial date in order to accommodate Plaintiff's counsel.

The parties suggest any of the following dates for the new trial: May 3, May 10, May 17 or June 7.

Based on the forgoing, the parties hereby stipulate that the trial in this matter can be moved to May 3, May 10, May 17, or June 7 and respectfully request that the Court continue the trial and the pre-trial conference accordingly.

| | |
|---|---|
| 1 | Dated: March 8th, 2010 |
| 2 | |
| 3 | /s/ Steven P. Krafchick<br>STEVEN P. KRAFCHICK<br>KRAFCHICK LAW FIRM |
| 4 | |
| 5 | /s/ Abraham N. Goldman<br>ABRAHAM N. GOLDMAN<br>California State Bar No. 102080 |
| 6 | ABRAHAM N. GOLDMAN &<br>ASSOCIATES, LTD |
| 7 | |
| 8 | Attorneys for Plaintiff<br>TAMARA KNOPP |
| 9 | Dated: March 8th, 2010 |
| 10 | |
| 11 | /s/ Sean P. Nalty<br>SEAN P. NALTY |
| 12 | WILSON ELSER<br>Attorneys for Defendant |
| 13 | LIFE INSURANCE COMPANY OF NORTH<br>AMERICA |

STIPULATION AND PROPOSED ORDER
CONTINUING THE TRIAL — 3.

KRAFCHICK LAW FIRM
100 W. Harrison St, S. Tower, #300
Seattle, WA 98119
Case No. CV-09-0452 JL

| | |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Pursuant to the Stipulation above, the Trial for the above captioned matter is hereby: |
| 3 | Continued to May 17, 2010 at 8:30 a.m.. |
| 4 | The clerk shall issue a new Order setting the Pre-Trial Conference accordingly; |
| 5 | The pre-trial conference is continued to May 11, 2010 at 2:30 p.m. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: March 9, 2010 |
| | THE HONORABLE CHARLES R. BREYER |

*IT IS SO ORDERED* — Judge Charles R. Breyer (signature, United States District Court, Northern District of California seal)

STIPULATION AND PROPOSED ORDER
CONTINUING THE TRIAL

4.

KRAFCHICK LAW FIRM
100 W. Harrison St, S. Tower, #300
Seattle, WA 98119
Case No. CV-09-0452 JL